SATIRO KAZOLIAS, Respondent, v. POUGHKEEPSIE BLOUSE CO., INC., et al., Appellants.— Motion to dismiss appeal granted, without costs, and appeal dismissed, without costs. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.

■

GANDOLFO A. MOSCHETTO, Respondent, v. GEORGE A. FRITZ, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.

■

STILES BUILDING CORPORATION, Respondent, v. BAISLEY LUMBER CORPORATION, Appellant.— Motion to dismiss appeal granted, without costs, and appeal dismissed, without costs. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.